**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 239 EAL 2022

          Respondent                :

                                          :   Petition for Allowance of Appeal

                                          :   from the Order of the Superior Court

          v.                          :

                                          :

DWAYNE ISAACS,                     :

                                          :

          Petitioner                  :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 7th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.